IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

        Plaintiff,                      No. CIV S-07-1343 LEW GGH P

    vs.

EDWARD R. JABELS, et al.,

        Defendants.         ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, transferred to the Eastern District from the Northern District, plaintiff alleges violations of his civil rights by defendants. Although, upon transfer, the case was filed in the Sacramento Division, the transfer order, as well as this court's review, makes clear that the alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

1

1  request to proceed in forma pauperis.

2  Good cause appearing, IT IS HEREBY ORDERED that:

3  1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

4  2. This action is transferred to the United States District Court for the Eastern

5  District of California sitting in Fresno; and

6  3. All future filings shall reference the new Fresno case number assigned and

7  shall be filed at:

8  United States District Court
   Eastern District of California
9  2500 Tulare Street
   Fresno, CA 93721

11  DATED: 8/30/07

12  /s/ Gregory G. Hollows

13  GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

14  GGH:009/bb
    gree1343.22